FILED ___ ENTERED
LOGGED ___ RECEIVED
AUG 27 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

Civil Action No. 24 MC 405

DRIVE PLANNING, LLC, and
RUSSELL TODD BURKHALTER,

    Defendants,

And

JACQUELINE BURKHALTER,
THE BURKHALTER RANCH
CORPORATION, DRIVE
PROPERTIES, LLC, DRIVE
GULFPORT PROPERTIES LLC,
and TBR SUPPLY HOUSE, INC.,

    Relief Defendants.

JURY TRIAL DEMANDED

/

## NOTICE OF FILING COMPLAINT AND ORDER APPOINTING RECEIVER

NOTICE IS HEREBY GIVEN that on August 13, 2024, Kenneth Dante Murena, Esq. was appointed as Receiver over Defendant Drive Planning, LLC, in the following enforcement action pending in the United States District Court for the Northern District of Georgia: *United States Securities Exchange Commission v. Drive Planning, LLC, et al.*, Case No. 1:24-cv-03583-VMC (the "Enforcement Action").

Pursuant to 28 U.S.C. Section 754, attached herewith is a copy of the Complaint along with a copy of the Order Appointing Receiver, in which the District Court, among other things, appointed Mr. Murena as Receiver.

Dated: August 22, 2024.

Respectfully submitted,

*Court-Appointed Receiver for*
*Drive Planning, LLC*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965
kmurena@dvllp.com

*Kenneth D. Murena*
Kenneth D. Murena
Florida Bar No. 147486